# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH MORROW,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:18-00479-KD-B |
| | ) | |
| **LT. MCKENZIE,** *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 22, 2020 is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that this Plaintiff's motion for injunctive relief (Doc. 19) is **DENIED.**

**DONE** and **ORDERED** this the **26th** day of **June 2020.**

/s/ Kristi K. DuBose
 **KRISTI K. DuBOSE**
 **CHIEF UNITED STATES DISTRICT JUDGE**