# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH MORROW,**        ) | |
|    **Plaintiff,**        ) | |
|                                        ) | |
| **v.**                                 ) | |
|                                        ) | **CIVIL ACTION: 1:18-00479-KD-B** |
| **LT. MCKENZIE,** *et al.,*            ) | |
|    **Defendants.**      ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that Plaintiff's action is **DISMISSED** without prejudice for failure to prosecute and to comply with the Court's Orders.

   **DONE** and **ORDERED** this the **10th** day of **February 2021.**

   /s/ Kristi K. DuBose
   **KRISTI K. DuBOSE**
   **CHIEF UNITED STATES DISTRICT JUDGE**